UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Brings Company, Inc.;
North Country Produce,
Inc.; Minnesota Produce,
Inc.; and Leo J. Neudecker
d/b/a Gopher Produce,

Plaintiffs,

vs. ORDER

John H. Hepola, individually,
and d/b/a Double B. Produce,

Defendants. Civ. No. 01-1584 (JRT/RLE)

* * * * * * * * * * * * * * * * * *

To: Steven E. Rau, Flynn & Gaskins, 2900 Metropolitan Center, 333 South 7th Street, Minneapolis, Minnesota 55402.

At Duluth, in the District of Minnesota, this 26th day of February, 2002.

* * *

The above-entitled matter came before the undersigned United States Magistrate Judge upon routine supervision of cases filed in this Division, and upon an assignment made in accordance with Title 28 U.S.C. §636(b)(1)(A).

This matter was initiated on August 29, 2002, by the filing of a Complaint with the Clerk of Court. It appears that one hundred and twenty (120) days have passed and the Defendants have not been

(2)

FILED FEB 26 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD____
DEPUTY CLERK mb

served with the Complaint and Summons as required by Rule 4(m) of the Federal Rules of Civil Procedure.

WHEREFORE, Pursuant to the provisions of Rule 4(m) of the Federal Rules of Civil Procedure, it is --

ORDERED:

That counsel for the Plaintiffs is directed to show good cause, in writing, within twenty (20) days of the date of this Order, for an extension of time in which service can be effectuated. In the absence of good cause shown, the Court shall Recommend that this action be dismissed for failure to effect proper service upon the Defendants and for failure of prosecution.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE